1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   W.S. WILSON LEUNG (CABN 190939)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7301
       Facsimile: (415) 436-6753
8      E-Mail: acadia.senese@usdoj.gov

9  Attorneys for the United States of America

10
                            UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                  SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA      )    No. 3-12-70706 MAG
                                 )
15                               )
         v.                      )    STIPULATION AND [PROPOSED]
16                               )    ORDER DOCUMENTING WAIVER
                                 )
17 HUGO GONZALEZ-RAZON,          )
                                 )
18       Defendant.              )
                                 )
19 _____)

20      With the agreement of the parties, and with the consent of the defendant, the Court enters

21 this order vacating the preliminary hearing date of February ~~19~~ 26, 2013 setting a new preliminary

22 hearing date for March 13, 2013, at 9:30 a.m., before the duty magistrate judge, extending the

23 time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding

24 time under the Speedy Trial Act from the date of this stipulation, to March 13, 2013.   The parties

25 agree and stipulate, and the Court finds and holds, as follows:

26      1.     The defendant, Hugo Gonzalez Razon, was charged in a complaint dated June 19,

27 2012, with one of unlawful reentry following deportation, in violation of 8 U.S.C. § 1326.   The

28 defendant was arrested on or about July 31, 2012, and presented to Magistrate Judge Elizabeth D.

1  Laporte on the following morning, August 1, 2012.

2      2.    Since August 24, 2012, the date on which conflict counsel, undersigned Mr.
3  Harris Taback, Esq., was appointed, the parties have met and conferred several times in order to
4  pursue their plea discussions. Although there has been some progress, the parties have not yet
5  reached a final disposition. Accordingly, the parties respectfully request, that excluding time for
6  good cause under Federal Rule of Criminal Procedure 5.1, and excluding the time under the
7  Speedy Trial Act, 18 U.S.C. § 3161, that the February ~~19~~ 26, 2013 preliminary hearing date be
8  continued until March 13, 2013, to enable them to continue to pursue their plea discussions.

9      3.    Taking into the account the public interest in the prompt disposition of criminal
10 cases, the above-stated ground is good cause for extending the time limit for a preliminary
11 hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and
12 for excluding time under the Speedy Trial Act. Failure to grant the continuance would deny the
13 defense time for effective preparation and representation by seeking disposition of this matter
14 prior to indictment on agreed-upon terms.

15     4.    Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the
16 February ~~19~~ 26, 2013 preliminary hearing date and extends the time for a preliminary hearing until
17 March 13, 2013, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period
18 from February ~~19~~ 26, 2013 to March 13, 2013 be excluded from the time period for preliminary
19 hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations
20 under 18 U.S.C. § 3161.

21 STIPULATED:

22 DATED: February 21, 2013           /S/
                                              HARRIS TABACK, ESQ.
23                                               Attorney for HUGO GONZALEZ RAZON, ESQ.

24 DATED: February 21, 2013           /S/
                                              ACADIA L. SENESE
25                                               W.S. WILSON LEUNG
                                              Assistant United States Attorneys
26
   IT IS SO ORDERED.
27
   DATED: February 25, 2013
28                                               HON. MARIA ELENA-JAMES
                                              United States Magistrate Judge